IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | CIVIL ACTION NOS. |
| WULFECK | 02-3893 |
| WARREN | 02-3898 |
| CHARNOCK. | 02-3970 |
| MOHR | 02-4117 |
| PALLERA, et al. | 02-4170 |
| CORREA, et al. | 02-4195 |
| DAHL, et al. | 02-4239 |
| EMERSON, et al. | 02-4290 |
| JUROTICH | 02-4322 |
| VS. |  |
| BAYER CORPORATION, *et al.* |  |

## O R D E R

**AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Clarence C. Newcomer, Judge**